# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DEBRA ANDERSON, | : | No. 298 WAL 2018 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| NORTH STAR SCHOOL DISTRICT, | : | |
| | : | |
| Petitioner | : | |

## **ORDER**

**PER CURIAM**

   **AND NOW**, this 8th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.